**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**JAVIER CRUZ and LAUREN CRUZ,**

    **Plaintiffs,**

v.                                              Case No: 8:16-cv-1303-T-35AEP

**NATIONSTAR MORTGAGE LLC,**

    **Defendant.**
_____/

**ORDER OF DISMISSAL WITH PREJUDICE**

Upon consideration of the parties' Stipulation of Dismissal with Prejudice, (Dkt. 25) and pursuant to Fed. R. Civ. P. 41, it is hereby **ORDERED** that this case is **DISMISSED WITH PREJUDICE.** Each party shall bear its own attorneys' fees and costs associated with this matter. The **Clerk** is directed to terminate any pending motions and **CLOSE** this case.

**DONE and ORDERED** at Tampa, Florida this 5th day of June, 2017.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel of Record
Any Unrepresented Party